IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

       Plaintiff,

                                            JUDGMENT IN A CIVIL CASE

v.                                          12-cv-331-wmc

JUDGE BARBARA CRABB,

       Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis*, denying her motion for declaratory relief and dismissing this case with prejudice.

_____            11/20/12
Peter Oppeneer, Clerk of Court            Date