IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

JUDGE BARBARA CRABB,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-331-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis*, denying her motion for declaratory relief and dismissing this case with prejudice.

_____
Peter Oppeneer, Clerk of Court

11/20/12
Date